**EXHIBIT 1:** PHOTOGRAPH #1



**EXHIBIT 1:** PHOTOGRAPH #2



**EXHIBIT 1:** PHOTOGRAPH #3



**EXHIBIT 1:** PHOTOGRAPH #4

