**EXHIBIT 2:** INFRINGEMENT #1-2
URL: https://www.instagram.com/p/CNlP8XagC2s/



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.instagram.com/p/CODtEOUgW1L/



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://www.instagram.com/p/CODtEOUgW1L/

